No. 10-637. Eric Greene, aka Jarmaine Q. Trice, Petitioner v. Jon Fisher, Superintendent, State Correctional Institution at Smithfield, et al.

563 U.S. 917, 131 S. Ct. 1813, 179 L. Ed. 2d 772, 2011 U.S. LEXIS 2649.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit granted.

Same case below, 606 F.3d 85.

No. 10-945. Albert W. Florence, Petitioner v. Board of Chosen Freeholders of the County of Burlington, et al.

563 U.S. 917, 131 S. Ct. 1816, 179 L. Ed. 2d 772, 2011 U.S. LEXIS 2749.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit granted.

Same case below, 621 F.3d 296.

No. 10-439. Fawzi Khalid Abdullah Fahad Al Odah, et al., Petitioners v. United States, et al.

563 U.S. 917, 131 S. Ct. 1812, 179 L. Ed. 2d 772, 2011 U.S. LEXIS 2740.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 391 U.S. App. D.C. 378, 611 F.3d 8.

No. 10-623. Juan Carlos Astello, Petitioner v. John Fayram, Warden.

563 U.S. 917, 131 S. Ct. 1812, 179 L. Ed. 2d 772, 2011 U.S. LEXIS 2631.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-631. Frank Custable, Jr., Petitioner v. United States.

563 U.S. 917, 131 S. Ct. 1812, 179 L. Ed. 2d 772, 2011 U.S. LEXIS 2731.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 615 F.3d 824.

No. 10-720. David Geisen, Petitioner v. United States.

563 U.S. 917, 131 S. Ct. 1813, 179 L. Ed. 2d 772, 2011 U.S. LEXIS 2672.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 612 F.3d 471.

No. 10-727. William Irey, Petitioner v. United States.

563 U.S. 917, 131 S. Ct. 1813, 179 L. Ed. 2d 772, 2011 U.S. LEXIS 2703.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 612 F.3d 1160.